UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

YUN QIU,                                                                    Petitioner,

v.                                                            Civil Action No. 3:26-cv-319-RGJ

SAMUEL OLSON, et al.,                                                     Respondents.

* * * * *

**ORDER**

This action was filed in the Louisville Division of the Western District of Kentucky. The action, however, belongs in the Eastern District of Kentucky because Petitioner is currently detained in at the Boone County Jail in Burlington Kentucky, which is within the Eastern District, Covington Division. *See* Rule 3.2(a)(3)(B) of Joint Local Civil Rules of Practice ("LR"); LR 3.1(a)(2)(B).

**IT IS ORDERED** that this action is **TRANSFERRED** to the docket of the Covington Division of the Eastern District of Kentucky for re-allotment to a judge assigned to that division. L.R. 3.2 (f).

The Clerk of Court is **DIRECTED** to mail Petitioner a docket sheet showing the new case number and assignment once it has been assigned to the Covington Division of the Eastern District of Kentucky.

The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action.

Rebecca Grady Jennings, District Judge
United States District Court

May 4, 2026